# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| K.R., a minor, by and through his parent<br>and natural guardian, Kali Proctor,<br>G.H., a minor, by and through her parent<br>and natural guardian, Katelyn Hansen, and<br>P.K., a minor, by and through his parent<br>and natural guardian, Roynetter Birgans,<br><br>                              Plaintiffs,<br><br>vs.<br><br>Duluth Public Schools Academy<br>d/b/a Duluth Edison Charter Schools,<br><br>                              Defendant. | Court File No. 19-cv-999 (DWF/LIB)<br><br><br><br>ORDER GRANTING  EXTENSION<br>OF TIME TO RESPOND TO<br>COMPLAINT |

Based upon the Stipulation entered into between the above-named Plaintiffs and Defendants [Docket No. 4], IT IS HEREBY ORDERED that the time within which Defendant shall answer or otherwise respond to Plaintiff's Complaint be extended to and include May 21, 2019.


DATED:  April 24, 2019                    s/Leo I. Brisbois
                                          Leo I. Brisbois
                                          U.S. MAGISTRATE JUDGE