# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| K.R., a minor, by and through his parent and natural guardian, Kali Proctor, <br> G.H., a minor, by and through her parent and natural guardian, Katelyn Hansen, <br> P.K., a minor, by and through his parent and natural guardian, Roynetter Birgans, <br> L.G., a minor, by and through her parent and natural guardian, Desmond Gilbert, <br><br> Plaintiffs, <br><br> v. <br><br> Duluth Public Schools Academy d/b/a Duluth Edison Charter Schools, <br><br> Defendant. | Case No. 19-cv-00999 (DWF / LIB) <br><br> **PLAINTIFF'S MOTION TO APPROVE UNCONTESTED PETITION TO APPROVE MINOR SETTLEMENT UNDER MINN. STAT. § 540.08** |

Pursuant to LR 7.1 and Minn. Stat. § 540.08, Plaintiff G.H., a minor by and through her respective guardian, respectfully moves this Court for an Order approving her Uncontested Petition to Approve Minor Settlement. This Motion is based upon all of the files, records and proceedings herein, including Plaintiff's Uncontested Petition, the Declarations of Rebekah L. Bailey and Katelyn Hansen, and such other points and authorities as may be presented.

Dated: July 1, 2021

**NICHOLS KASTER, PLLP**

/s/Melanie A. Johnson
Matthew H. Morgan, MN Bar No. 304657
Rebekah L. Bailey, MN Bar No. 0389599

Melanie A. Johnson, MN Bar No. 0400814
Laura A. Baures, MN Bar No. 0392081
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 338-4878
morgan@nka.com
bailey@nka.com
mjohnson@nka.com
lbaures@nka.com

**PUBLIC JUSTICE, P.C.**
Adele P. Kimmel, *pro hac vice*
Alexandra Z. Brodsky, *pro hac vice*
1620 L Street NW
Suite 630
Washington, DC 20036
Telephone (202) 797-8600
Fax (202) 232-7203
akimmel@publicjustice.net
abrodsky@publicjustice.net

**ATTORNEYS FOR PLAINTIFFS**