# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| K.R., a minor, by and through his parent and natural guardian, Kali Proctor, <br> G.H., a minor, by and through her parent and natural guardian, Katelyn Hansen, <br> P.K., a minor, by and through his parent and natural guardian, Roynetter Birgans, <br> L.G., a minor, by and through her parent and natural guardian, Desmond Gilbert, <br><br> Plaintiffs, <br><br> v. <br><br> Duluth Public Schools Academy d/b/a Duluth Edison Charter Schools, <br><br> Defendant. | Civil No. 19-999 (DWF/LIB) <br><br><br><br><br><br> **ORDER GRANTING UNCONTESTED PETITION TO APPROVE MINOR SETTLEMENT UNDER MINN. STAT. § 540.08** |

This matter is before the Court on an Uncontested Petition to Approve Minor Settlement Under Minn. Stat. § 540.08. (Doc. No. [156]). Based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition is **GRANTED** and **APPROVED**. Defendant shall transfer the settlement proceeds pursuant to the parties' Settlement Agreement for minor P.K., whereupon Plaintiff is directed to submit a stipulation of dismissal with prejudice for his claims.

Dated:  November 3, 2021        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge