# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| K.R., a minor, by and through his parent and natural guardian, Kali Proctor, G.H., a minor, by and through her parent and natural guardian, Katelyn Hansen, P.K., a minor, by and through his parent and natural guardian, Roynetter Birgans, L.G., a minor, by and through her parent and natural guardian, Desmond Gilbert,<br><br>    Plaintiffs,<br><br>v.<br><br>Duluth Public Schools Academy d/b/a Duluth Edison Charter Schools,<br><br>    Defendant. | Case No. 19-cv-00999 (DWF/LIB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF P.K., BY AND THROUGH HIS PARENT AND NATURAL GUARDIAN, RONYETTER BIRGANS** |

IT IS HEREBY STIPULATED, by and between Plaintiff P.K., by and through his parent and natural guardian, Roynetter Birgans ("Plaintiff P.K."), and Defendant Duluth Public Schools Academy d/b/a Duluth Edison Charter Schools ("Defendant"), through their undersigned attorneys, and pursuant to the settlement agreement of Plaintiff P.K. and the Court's Order approving minor settlement under Minn. Stat. § 540.08 (ECF No. 170), that the claims of Plaintiff P.K. have been fully settled, compromised, and resolved, and that Plaintiff P.K.'s claims may be dismissed with prejudice, but without award of costs, disbursements or attorney's fees to any of the parties hereto.

IT IS FURTHER STIPULATED that the claims of the two remaining Plaintiffs shall remain in full effect.

1

IT IS FURTHER STIPULATED AND AGREED that judgment of dismissal for the claims of Plaintiff P.K. may be entered pursuant hereto without further notice to any party.

Respectfully submitted,

Dated: December 8, 2021    **NICHOLS KASTER, PLLP**

s/Melanie A. Johnson
Matthew H. Morgan, MN Bar No. 304657
Rebekah L. Bailey, MN Bar No. 0389599
Melanie A. Johnson, MN Bar No. 0400814
Laura A. Baures, MN Bar No. 0392081
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 338-4878
morgan@nka.com
bailey@nka.com
mjohnson@nka.com
lbaures@nka.com

**PUBLIC JUSTICE, P.C.**
Adele P. Kimmel, *pro hac vice*
Alexandra Z. Brodsky, *pro hac vice*
1620 L Street NW
Suite 630
Washington, DC 20036
Telephone (202) 797-8600
Fax (202) 232-7203
akimmel@publicjustice.net
abrodsky@publicjustice.net

**ATTORNEYS FOR PLAINTIFFS**

Dated: December 8, 2021    **RATWIK, ROSZAK & MALONEY, P.A.**

s/Timothy A. Sullivan
Margaret A. Skelton (#241003)

Timothy A. Sullivan (#391526)
Jordan H. Soderlind (#396718)
444 Cedar Street, Suite 2100
St. Paul, MN 55101
Telephone: (612) 339-0060
Fax: (612) 339-0038
mas@ratwiklaw.com
tas@ratwiklaw.com
jhs@ratwiklaw.com

**ATTORNEYS FOR DEFENDANT DULUTH PUBLIC SCHOOLS ACADEMY D/B/A DULUTH EDISON CHARTER SCHOOLS**